MARTHA SALONEN *vs.* LYDIA J. PAANENEN. November 29, 1944. Excep-
tions overruled. This is an action of tort to recover compensation for per-
sonal injuries sustained by the plaintiff while riding as a gratuitous guest in
an automobile owned and operated by the defendant. The case was referred
to an auditor. After his report was filed the plaintiff was permitted to amend
her declaration by adding a third count based on the allegation that the de-
fendant's automobile was illegally registered. The case was tried to a jury
on the auditor's report and other evidence. The defendant excepted to the
admission of the report in evidence because the third count had not been
before the auditor. There was no error in this respect. The auditor's report
was competent evidence on the counts which were before him. The jury
returned a verdict for the plaintiff on the first count based on gross negligence
and on the third count. Under leave reserved the judge entered a verdict
for the defendant on the third count. To the denial of her motion for entry
of verdict for her on the first count the defendant excepted. There was no
error. The ultimate findings of the auditor that the defendant was grossly
negligent at the time of the accident and that the plaintiff was then in the
exercise of due care were not inconsistent with any of his subsidiary findings
and hence remained evidence throughout the trial and were sufficient to re-
quire the submission of the case to the jury on the first count, the second
count having been waived. *Cook* v. *Farm Service Stores, Inc.* 301 Mass. 564.
There was no error in the denial of the defendant's motion for a new trial
since no abuse of discretion is shown.

*J. L. Fitzpatrick,* for the defendant.
*A. F. Lyon,* for the plaintiff.